1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-00079-WBS |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| KA KIT LAM, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Ka Kit Lam, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2323(b)[1], defendant Ka Kit Lam's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a)   Approximately 172 Chanel purses;

    b)   Approximately 124 Coach purses;

    c)   Approximately 49 Louis Vuitton purses;

---

[1] As amended December 1, 2008, and includes legislation through Pub.L. 110-460, approved December 23, 2008.  The Information and Plea Agreement contain reference to forfeiture pursuant to 18 U.S.C. § 2320(b)(1)(B), which has been amended.

1

|   |   |    |                                                   |
|---|---|----|---------------------------------------------------|
| 1 |   | d) | Approximately 4 Gucci purses;                     |
| 2 |   | e) | Approximately 2 Coach wallets;                    |
| 3 |   | f) | Approximately 15 Louis Vuitton wallets;           |
| 4 |   | g) | Approximately 71 Gucci wallets;                   |
| 5 |   | h) | Approximately 9 pairs of Louis Vuitton shoes;     |
| 6 |   | i) | Approximately 5 pairs of Gucci shoes;             |
| 7 |   | j) | Approximately 1 pair of Dolce & Gabbana shoes;    |
| 8 |   | k) | Approximately 40 Chanel chains;                   |
| 9 |   | l) | Approximately 1 Christian Dior chain;             |
| 10|   | m) | Approximately 5 Juicy Couture chains;             |
| 11|   | n) | Approximately 21 Tiffany chains;                  |
| 12|   | o) | Approximately 243 Disney charms;                  |
| 13|   | p) | Approximately 363 Hello Kitty charms;             |
| 14|   | q) | Approximately 12 Louis Vuitton key chains;        |
| 15|   | r) | Approximately 14 Chanel hair accessories;         |
| 16|   | s) | Approximately 67 Chanel earrings; and             |
| 17|   | t) | Approximately 11 Louis Vuitton earrings.          |

2. The above-listed property constitutes property used, in any manner or part, to commit or to facilitate the commission of a violation of 18 U.S.C. § 2320(a). Pursuant to 18 U.S.C. § 2323(b)(2)(B), the Court shall order that any forfeited article or component of an article bearing or consisting of a counterfeit mark be destroyed or otherwise disposed of according to law.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection, in its secure custody and control.

4.      a.      Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Department of Homeland Security, Customs and Border Protection's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

        b.      This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

        5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), in which all interests will be addressed.

        SO ORDERED.

DATED:  May 14, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE