LAWRENCE G. BROWN
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00079 WBS |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| KA KIT LAM, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about May 15, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2323(b), based upon the plea agreement entered into between plaintiff and defendant Ka Kit Lam forfeiting to the United States the following property:

  a) Approximately 172 Chanel purses;
  b) Approximately 124 Coach purses;
  c) Approximately 49 Louis Vuitton purses;
  d) Approximately 4 Gucci purses;
  e) Approximately 2 Coach wallets;
  f) Approximately 15 Louis Vuitton wallets;
  g) Approximately 71 Gucci wallets;
  h) Approximately 9 pairs of Louis Vuitton shoes;
  i) Approximately 5 pairs of Gucci shoes;
  j) Approximately 1 pair of Dolce & Gabbana shoes;
  k) Approximately 40 Chanel chains;
  l) Approximately 1 Christian Dior chain;
  m) Approximately 5 Juicy Couture chains;

|   |   |   |
|---|---|---|
| n) | Approximately 21 Tiffany chains; |
| o) | Approximately 243 Disney charms; |
| p) | Approximately 363 Hello Kitty charms; |
| q) | Approximately 12 Louis Vuitton key chains; |
| r) | Approximately 14 Chanel hair accessories; |
| s) | Approximately 67 Chanel earrings; and |
| t) | Approximately 11 Louis Vuitton earrings. |

AND WHEREAS, beginning on May 21, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2323(b), to be disposed of according to law, including all right, title, and interest of Ka Kit Lam.  Pursuant to 18 U.S.C. § 2323(b)(2)(B), any forfeited article or component of an article bearing or consisting of a counterfeit mark shall be destroyed.

2.   All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3.   The Department of Homeland Security, Customs and Border

///

///

1 Protection shall maintain custody of and control over the subject
2 property until it is disposed of according to law.
3     SO ORDERED this 26th day of October, 2009.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE